UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Case No.: CR 04-20-08-PA

Date of Proceeding: June 21, 2005

Case Title: USA v. Grant Lamar McFarland

Presiding Judge: Owen M. Panner

Courtroom Deputy: Margaret Hunt, 326-8290

Reporter: Jacqueline L. Butler, Teach Reporting 503-248-1003  Tape No: _____

AUSA: Frank Noonan for John Haub

**DOCKET ENTRY:**

Record of hearing: The Government's Rule 35(b) Motion (#366) was granted, a 7-level reduction awarded, and defendant's sentence adjusted accordingly. The revised sentence includes five months in a work release center, five months in home confinement, and a 3-year term of supervised release. The Government shall promptly submit a formal order.

## DEFENDANT

(1) Grant Lamar McFarland
    [X] Present  [X] O/R  [ ] Bond  [ ] Custody

(2) _____
    [ ] Present  [ ] O/R  [ ] Bond  [ ] Custody

(3) _____
    [ ] Present  [ ] O/R  [ ] Bond  [ ] Custody

(4) _____
    [ ] Present  [ ] O/R  [ ] Bond  [ ] Custody

## COUNSEL

(1) Tyl W. Bakker
    [x] Present  [x] Appointed  [ ] Retained

(2) _____
    [ ] Present  [ ] Appointed  [ ] Retained

(3) _____
    [ ] Present  [ ] Appointed  [ ] Retained

(4) _____
    [ ] Present  [ ] Appointed  [ ] Retained

cc: [ ] Chambers          [ ] Probation Office
    [ ] Counsel of Record [ ] Pretrial Services Office
    [ ] Jury Clerk        [ ] U.S. Marshal's Office

Document No: _____

**CRIMINAL MINUTES**

Criminal Minutes

Honorable Owen M. Panner